# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIE NAPOLEON MOTHERSHED**                                                                 **PLAINTIFF**

**V.**                                        **4:19CV00167 JM**

**TOMMY LAND, Commissioner**
**of State of Lands of Arkansas**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE